ALEN OVSEPYAN (SBN 337143)
**PEAK LEGAL, APC**
301 N Lake Ave, Fl 6, Suite 71
Pasadena, California 91101
Telephone:(626) 517-1000
Facsimile: (949) 666-9074
alen@peaklegalca.com
Attorneys for *Plaintiff*,
YU WANG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU WANG, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company, AND DOES 1-100, inclusive.<br><br>Defendants. | **CASE NO.** 8:24-cv-00990-KES<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**<br><br>Complaint Filed: March 27, 2024 |

TO DEFENDANTS AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Yu Wang accepts the offer of judgment served on him by Defendant Mercedes-Benz USA, LLC on May 10, 2024, to allow a judgment to be entered in favor of Plaintiff and against Defendant Mercedes-Benz USA, LLC in the sum of $140,000, plus $7,500 in attorney fees and costs, in exchange to surrender the 2021 Mercedes-Benz S 580, VIN W1K6G7GB5MA056110. A true and correct copy of Defendant Mercedes-Benz

1
**NOTICE OF ACCEPTANCE OF RULE 68 OFFER**

USA, LLC's Rule 68 Offer of Judgment is attached hereto as Exhibit "A".

Date: May 14, 2024                       **PEAK LEGAL, APC**

_/s/ Alen Ovsepyan_____
By: Alen Ovsepyan
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

NOTICE OF ACCEPTANCE OF RULE 68 OFFER

Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
THETA LAW FIRM, LLP
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU WANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 8:24-cv-00990-KES<br><br>**DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**<br><br>Complaint Filed: March 27, 2024 |

TO PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 68, Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") hereby offers to settle this action in the above-referenced lawsuit relating to Plaintiff's 2021 Mercedes-Benz S 580, VIN W1K6G7GB5MA056110 (hereinafter "Subject Vehicle") on the following terms:

**OPTION 1: REPURCHASE**

1. MBUSA will pay the total amount of $140,000.00 (the "Sum") to Plaintiff and Plaintiff's lender for the Subject Vehicle, if any (if there is an outstanding loan on the Subject Vehicle, MBUSA shall pay the lender the amount necessary to pay off the loan for the Subject Vehicle from the Sum, and Plaintiff shall receive the entire remaining amount).

2. It is an express condition of this Offer that, if accepted, MBUSA will perform its obligations within 45 days of acceptance on a mutually agreeable date and location, with Plaintiff returning the Subject Vehicle to a mutually agreeable authorized Mercedes-Benz dealership and on or before that same date executing all required California Department of Motor Vehicle forms, including but not limited to, DMV Form 262, necessary to transfer title of the Subject Vehicle to MBUSA free and clear of all liens and encumbrances (except for any loan for the purchase or refinance of the Subject Vehicle, which will be paid by MBUSA as stated above), and MBUSA thereafter providing Plaintiff and Plaintiff's lender, if any, with the check or checks necessary to obtain clear title for the Subject Vehicle. It is a further express condition of this Offer that, if accepted, Plaintiff will promptly provide to MBUSA current loan payoff information, current payment history, a copy of the current registration of the Subject Vehicle, and a copy of the front and back sides of the Subject Vehicle's title (if available).

**OPTION 2: PAYMENT WITHOUT SURRENDER**

3. As an alternative to the consideration offered in Paragraphs 1 – 2 (Option 1), in lieu of MBUSA paying Plaintiff the above amounts and Plaintiff surrendering the Subject Vehicle per the above paragraphs, MBUSA will pay the total amount of $35,000.00 to Plaintiff within 45 days of acceptance of this Offer. Plaintiff will not be required to surrender the vehicle to MBUSA under this option.

**OTHER TERMS APPLICABLE TO ALL OPTIONS**

4. MBUSA will waive its fees, costs, and expenses in this action.

5. Plaintiff will dismiss this entire action with prejudice.

6. Defendant will pay Plaintiff's attorney's fees, expenses and costs in the amount of $7,500.00 in full satisfaction of any attorney's fees, expenses and costs owed to Plaintiff and/or Plaintiff's attorneys in this action. Alternatively, should the $7,500.00 be refused, Plaintiff may elect to have the Court determine, in a noticed motion and/or by Plaintiff's filing of a bill of costs, the attorney's fees, costs, and

expenses recoverable in this case, including whether they are recoverable and the amounts recoverable. There is no admission of liability by this offer. However, if this Offer is accepted, Defendant will stipulate that Plaintiff is the prevailing party for purposes of any motion for attorney's fees, expenses and costs and/or bill of costs.

7. This Offer can be accepted by filling out, signing, and serving the acceptance statement on the next page within 14 days after service of this offer or it is deemed withdrawn. Pursuant to Federal Rules of Civil Procedure, Rule 68, if the judgment finally obtained by the offeree is not more favorable than this Offer, the offeree must pay costs incurred after the Offer was made.

DATED: May 10, 2024          THETA LAW FIRM, LLP

_____
SOHEYL TAHSILDOOST
Attorney for Defendant Mercedes-Benz USA, LLC

**[PLEASE SEE NEXT PAGE FOR ACCEPTANCE OF THIS OFFER]**

## FRCP RULE 68 OFFER ACCEPTANCE

I hereby accept the above FRCP Rule 68 Offer made by Defendant Mercedes-Benz USA, LLC by signing below and by selecting one option in each of the following fields (must select one option in each field for valid acceptance).

| **FIELD #1 – Option 1 or Option 2** | Choose One |
|---|---|
| On behalf of Plaintiff, I hereby accept the above Federal Rule of Civil Procedure Rule 68 Offer made by Defendant pursuant to paragraphs 1, 2, 4, 5, 6, and 7 above (i.e., Option 1). | ✓ |
| On behalf of Plaintiff, I hereby accept the above Federal Rule of Civil Procedure Rule 68 Offer made by Defendant pursuant to paragraphs 3, 4, 5, 6, and 7 above (i.e., Option 2). | |

**AND**

| **FIELD # 2 – Attorney's fees, costs and expenses** | Choose One |
|---|---|
| For fees, costs and expenses, I hereby elect to accept $7,500.00 pursuant to paragraph 6. | ✓ |
| For fees, costs and expenses, I hereby elect to file a motion and/or a bill of costs pursuant to paragraph 6. | |

DATED: MAY 14, 2024    BY: *Alen.Ovsepyan*
　　　　　　　　　　　　　Alen Ovsepyan, Esq.
　　　　　　　　　　　　　PEAK LEGAL, APC
　　　　　　　　　　　　　Attorney for Plaintiff

4

**DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**

**PROOF OF SERVICE**

I am over the age of 18, not a party to this action, and employed in the county where this mailing occurred. My business address is 12100 Wilshire Blvd., Suite 1070, Los Angeles, CA 90025. My E-service address is: eservice@thetafirm.com. On **May 10, 2024**, I served the following documents described as **DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER** on interested parties in this action by placing original/true copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| Alen Ovsepyan<br>Peak Legal, APC<br>301 N. Lake Ave. Fl 6, Suite 71<br>Pasadena, CA 91101<br>Telephone: 949-439-5178<br>Facsimile: 949-666-9074<br>alen@peaklegalca.com | |

☐ BY MAIL: I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with proper postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Said mailing is deposited with the United States Postal Service on that same day in the ordinary course of business and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the individual(s) listed on the above service list.

☒ BY ELECTRONIC TRANSMISSION: I caused to be electronically transmitted such document referenced above to the individual(s) listed on the above service list.

☐ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person at the above-address. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **May 10, 2024** at Los Angeles, California.

_____
Steven Correa

**DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**

*Yu Wang v. Mercedes-Benz USA LLC, et al.*
*USDC Case No.:* 8:24-cv-00990-KES

## PROOF OF SERVICE

I declare that I am employed by Peak Legal, APC. I am over the age of eighteen years and not a party to the within cause; my business address is 301 N. Lake Ave FL 6, Suite 71, Pasadena, CA 91101. On the date set forth below, I served the foregoing document(s) described as:

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT MERCEDES-BENZ USA, LLC'S F.R.C.P. RULE 68 OFFER**

| | |
|---|---|
| Soheyl Tahsildoost (Bar No. 271294)<br>Mehgan Gallagher (Bar No. 338699)<br>THETA LAW FIRM, LLP<br>12100 Wilshire Blvd. Suite 1070<br>Los Angeles, CA 90025<br>Telephone: (424) 297-3103<br>Facsimile: (424) 286-2244<br><br>eservice@thetafirm.com | *Attorneys for Defendant Mercedes-Benz USA, LLC* |

On the parties in said cause:

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be transmitted by electronic mail to the e-mail addresses for each party indicated on the attached service list pursuant to Fed. R. Civ. P. 5(b)

☐ **BY CERTIFIED MAIL**: I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **May 14, 2024**, at Los Angeles, CA.

*Alen.Ovsepyan*
Signature
**ALEN OVSEPYAN**
Print Name

4
**NOTICE OF ACCEPTANCE OF RULE 68 OFFER**