ALEN OVSEPYAN (SBN 337143)
PEAK LEGAL, APC
301 N Lake Ave, Fl 6, Suite 71
Pasadena, California 91101
Telephone:(626) 517-1000
Facsimile: (949) 666-9074
alen@peaklegalca.com

Attorneys for Plaintiff,
**YU WANG**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
eservice@thetafirm.com
12100 Wilshire Blvd., Ste 1070
Los Angeles, CA 90025

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU WANG, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No: 8:24-cv-00990-JWH-DFM<br><br>District Judge: John W. Holcomb<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, YU WANG, and Defendant, MERCEDES-BENZ USA, LLC, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:   August 13, 2024             **THETA LAW FIRM, LLP**

By:   _____
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant
**MERCEDES-BENZ USA, LLC**

Dated:   August 13, 2024             **PARK LEGAL, APC**

By:   */s/     Alen Ovsepyan*
Alen Ovsepyan, Esq.
Attorney for Plaintiff
**YU WANG**

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Alen Ovsepyan, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

THETA LAW FIRM, LLP

By: _____

MEHGAN GALLAGHER
Attorney for Defendant Mercedes-Benz USA, LLC